UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 16031
    KEVIN RUSSELL MCMANIS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-4689
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/24/05 and confirmed on 06/17/05.

    2.  The case was dismissed after confirmation, 10/05/2007.

    3.  The Debtor paid a total of $   2352.01 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | UNSECURED | 3149.97 | .00 | 193.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14740.99 | .00 | 907.38 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COREY BANDES | UNSECURED | 4290.08 | .00 | 264.35 |
| CERTIFIED SERVICES INC | UNSECURED | 1304.99 | .00 | 80.40 |
| TONI LEVINE MD | UNSECURED | 55.00 | .00 | 3.42 |
| FIGIS INC | UNSECURED | 269.38 | .00 | 16.60 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 221.20 | .00 | 13.36 |
| FORD MOTOR CREDIT CORP | UNSECURED | 9902.28 | .00 | 624.51 |
| GERALDINE BERGER | UNSECURED | .00 | .00 | .00 |
| JEFFERY LEVING | UNSECURED | 2510.67 | .00 | 154.66 |
| LIFETIME FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| LINCARE | UNSECURED | NOT FILED | .00 | .00 |
| OLD OAKS ESTATES | UNSECURED | NOT FILED | .00 | .00 |
| PAUL ENGEN DDS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 36444.56 | .00 | 36444.56 |
| PRINCIPAL PAID | .00 | .00 | 2257.97 | .00 | 2257.97 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 2257.97 | .00 | 2257.97 |

The Debtor's attorney, EDWARD J VARGA                , was allowed $   1803.00
and was paid $   1803.00   direct and $      .00   through the plan.

The Trustee received $     94.04 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE